# EXHIBIT 1

# Law Offices of Michael Grinblat

10 East 39th Street, 12th Floor, New York, NY 10016
Tel: (347) 796-0712 | Fax: (212) 202-5130

## Invoice
Date: October 4, 2021

## Bill To
First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368

108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368

## For
Attorney's fees and costs

| Date | Description of Performed Work or Cost | Rate | Attorney Hours | Secretarial Hours | Price per Unit | Units | Costs | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/21/21 | Communicate. Discussed with LEONID TREYGER ("Plaintiff") his visit to the store, operated and/or owned by FIRST CLASS FURNITURE AND RUGS INC. and 108 CORONA REALTY CORP. ("Defendants"), including the inconveniences and discrimination he experienced, the kind, type and extent of the violations of the ADA and whether to file a legal action against Defendants. | $330.00 | 0.3 | | | | $0.00 | $99.00 |
| 5/22/21 | Travel. Travelled to and from Defendants' store to investigate the violations of the ADA. | $330.00 | 2.0 | | | | $0.00 | $660.00 |
| 5/22/21 | Investigation. Investigated, examined, analyzed and took measurements of the ADA violations at Defendants' store, store front and/or facility. | $330.00 | 1.0 | | | | $0.00 | $330.00 |
| 5/22/21 | Research. Researched and analyzed Defendants' violations of the ADA. | $330.00 | 1.7 | | | | $0.00 | $561.00 |
| 5/22/21 | Research. Researched applicable laws in connection with drafting the complaint against Defendants on behalf of Plaintiff. | $330.00 | 0.5 | | | | $0.00 | $165.00 |
| 5/23/21 | Research. Researched corporate identities of Defendants to determine entities against which the legal action should be filed. Conducted research on the site of the New York State Department of Corporations. | $330.00 | 0.5 | | | | $0.00 | $165.00 |
| 5/23/21 | Research. Researched the ownership of the commercial lot, on which Defendants' store is located. | $330.00 | 0.6 | | | | $0.00 | $198.00 |
| 5/23/21 | Draft/Revise. Drafted the complaint against Defendants. | $330.00 | 6.5 | | | | $0.00 | $2,145.00 |
| 5/23/21 | Draft/Revise. Drafted the civil cover sheet in connection with filing the complaint against Defendants. | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 5/23/21 | Draft/Revise. Drafted proposed summonses in connection with filing the complaint against Defendants. | $330.00 | 0.3 | | | | $0.00 | $99.00 |

| Date | Description | Rate | Hours | Cost | Qty | Subtotal | Total |
|---|---|---|---|---|---|---|---|
| 5/24/21 | Filing. Filed the complaint, two proposed summonses and civil cover sheet on ECF. | $100.00 | 0.6 | | | $0.00 | $60.00 |
| 5/24/21 | Fee. Paid the US District Court's filing fee. | | | $402.00 | 1 | $402.00 | $402.00 |
| 5/24/21 | Review/analyze. Reviewed the five ECF bounces regarding filing of the complaint. | $330.00 | 0.1 | | | $0.00 | $33.00 |
| 5/24/21 | Downloaded the summonses against Defendants, which were issued by the court, to the computer. | $100.00 | 0.1 | | | $0.00 | $10.00 |
| 5/24/21 | Review/analyze. Reviewed the individual practices and rules of Judge Eric R. Komitee. | $330.00 | 0.4 | | | $0.00 | $132.00 |
| 5/24/21 | Review/analyze. Reviewed the individual practices and rules of Magistrate Judge Roanne L. Mann | $330.00 | 0.4 | | | $0.00 | $132.00 |
| 5/24/21 | Draft/Revise. Drafted the letter to the NYC Commission on Human Rights to notify it of the filing of this legal action, pursuant to NYC Human Rights Law §8-502(c) | $330.00 | 0.4 | | | $0.00 | $132.00 |
| 5/24/21 | Prepare for Mailing/Mailing. Worked on mailing a copy of the complaint and cover letter to the NYC Commission on Human Rights. Printed pages of the documents, printed the cover letter, paid for postage and mailing label, printed label, attached label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.5 | | | $0.00 | $50.00 |
| 5/24/21 | Printing. Printed the cover letter (1 page), complaint (29 pages), and mailing label (1 page) in connection with mailing them to the NYC Commission on Human Rights. | | | $0.75 | 31 | $23.25 | $23.25 |
| 5/24/21 | Postage. Paid for postage of the correspondence to the NYC Commission on Human Rights. | | | $2.89 | 1 | $2.89 | $2.89 |
| 5/24/21 | Draft/Revise. Drafted the letter to the New York State Civil Rights Bureau to notify it of the filing of this legal action, pursuant to NYS Civil Rights Law §40-d | $330.00 | 0.4 | | | $0.00 | $132.00 |
| 5/24/21 | Prepare for Mailing/Mailing. Worked on mailing a copy of the complaint and cover letter to the NYS Civil Rights Bureau. Printed pages of the documents, printed the cover letter, paid for postage and mailing label, printed label, attached label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.5 | | | $0.00 | $50.00 |
| 5/24/21 | Printing. Printed the cover letter (1 page), complaint (29 pages), and mailing label (1 page) in connection with mailing them to the NYS Civil Rights Bureau. | | | $0.75 | 31 | $23.25 | $23.25 |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/24/21 | Postage. Paid for postage of the correspondence to the NYS Civil Rights Bureau. | | | | $2.89 | 1 | $2.89 | $2.89 |
| 5/25/21 | Draft/Revise. Drafted the letter to the process server, Alexander Poole, in connection with mailing to that company copies of the summonses and complaints. | $100.00 | | 0.3 | | | $0.00 | $30.00 |
| 5/25/21 | Prepare for Mailing/Mailing. Worked on mailing of the cover letter, four (4) copies of the complaint and two (2) copies of each of the summonses against Defendants to the process server, Alexander Poole. Printed pages of the documents, printed the cover letter, paid for postage and mailing label, printed label, attached label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | | 1.0 | | | $0.00 | $100.00 |
| 5/25/21 | Printing. Printed the cover letter (1 page), four (4) copies of the complaint (29 pages x 4 = 116), two (2) copies of summonses as to each Defendant (8 pages) and mailing label (1 page) in connection with mailing them to the process server, Alexander Poole. | | | | $0.75 | 125 | $93.75 | $93.75 |
| 5/25/21 | Postage. Paid for postage of the correspondence to the process server, Alexander Poole. | | | | $2.89 | 1 | $2.89 | $2.89 |
| 6/3/21 | Communicate. Communicated with a representative of the process server, Alexander Poole, by telephone, to pay for the service of process on Defendants. | $100.00 | | 0.1 | | | $0.00 | $10.00 |
| 6/4/21 | Service of Process. Paid Alexander Poole for the service of process, through the NYS Secretary of State, on Defendant FIRST CLASS FURNITURE AND RUGS INC. | | | | $60.00 | 1 | $60.00 | $60.00 |
| 6/4/21 | Service of Process. Paid Alexander Poole for the service of process, through the NYS Secretary of State, on Defendant 108 CORONA REALTY CORP. | | | | $60.00 | 1 | $60.00 | $60.00 |
| 6/8/21 | Review/analyze. Reviewed the email from the process server, Alexander Poole, which contained as attachments the affidavits of service against Defendants. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 6/8/21 | Review/analyze. Reviewed the affidavit of service, received from the process server, Alexander Poole, against Defendant FIRST CLASS FURNITURE AND RUGS INC. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 6/8/21 | Review/analyze. Reviewed the affidavit of service, received from the process server, Alexander Poole, against Defendant 108 CORONA REALTY CORP. | $330.00 | 0.1 | | | | $0.00 | $33.00 |

| Date | Description | Rate | Hours | | | | Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/8/21 | Downloaded the affidavits of service against Defendants to the computer. | $100.00 | | 0.1 | | | $0.00 | $10.00 |
| 6/8/21 | Filing. Filed the affidavit of service against Defendant FIRST CLASS FURNITURE AND RUGS INC. on ECF. | $100.00 | | 0.2 | | | $0.00 | $20.00 |
| 6/8/21 | Review/analyze. Reviewed the ECF notice regarding filing of the affidavit of service against Defendant FIRST CLASS FURNITURE AND RUGS INC. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 6/8/21 | Filing. Filed the affidavit of service against Defendant 108 CORONA REALTY CORP. on ECF | $100.00 | | 0.2 | | | $0.00 | $20.00 |
| 6/8/21 | Review/analyze. Reviewed the ECF notice regarding filing of the affidavit of service against Defendant 108 CORONA REALTY CORP. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 8/9/21 | Draft/Revise. Drafted the request for certificates of default against Defendants. | $330.00 | 1.0 | | | | $0.00 | $330.00 |
| 8/9/21 | Filing. Filed the request for certificates of default against Defendants. | $100.00 | | 0.2 | | | $0.00 | $20.00 |
| 8/9/21 | Review/analyze. Reviewed the ECF notice regarding filing of the request for certificates of default against Defendants. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 8/15/21 | Communicate. Discussed progress of the case with Plaintiff. | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 8/16/21 | Review/analyze. Reviewed the certificate of default against Defendants issued by the Clerk of Court. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 8/17/21 | Draft/revise. Drafted the motion for default judgment against Defendant FIRST CLASS FURNITURE AND RUGS INC. Gathered, reviewed, analyzed, and assembled the exhibits to be attached to the motion. Including the exhibits, the motion came out to be 32 pages long. | $330.00 | 4.0 | | | | $0.00 | $1,320.00 |
| 8/20/21 | Filing. Filed the motion for default judgment against Defendant FIRST CLASS FURNITURE AND RUGS INC. and attached the exhibits in compliance with Rule III.C.3 of Judge Eric R. Komitee's Individual Practices and Rules. | $100.00 | | 0.3 | | | $0.00 | $30.00 |
| 8/20/21 | Review/analyze. Reviewed the ECF notice regarding filing of the motion for default judgment against Defendant FIRST CLASS FURNITURE AND RUGS INC. | $330.00 | 0.1 | | | | $0.00 | $33.00 |

| Date | Description | Rate | Hours | Cost | Quantity | Subtotal | Total |
|---|---|---|---|---|---|---|---|
| 8/20/21 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The letter was prepared in connection with sending to Defendant a copy of the filed motion for default judgment and other documents, description of which appears below. | $330.00 | 0.2 | | | $0.00 | $66.00 |
| 8/20/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) Worked on mailing the following documents: the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 1.0 | | | $0.00 | $100.00 |
| 8/20/21 | Printing. Printed the cover letter and documents in connection with sending them to Defendant FIRST CLASS FURNITURE AND RUGS INC., to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. Printed the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) | | | $0.75 | 71 | $53.25 | $53.25 |
| 8/20/21 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC., to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. | | | $5.59 | 1 | $5.59 | $5.59 |

| Date | Description | Rate | Hours/Qty | Cost | Qty | Total | Amount |
|---|---|---|---|---|---|---|---|
| 8/20/21 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the filed motion for default judgment and other documents, description of which appears below. | $330.00 | 0.2 | | | $0.00 | $66.00 |
| 8/20/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the following documents: the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 1.0 | | | $0.00 | $100.00 |
| 8/20/21 | Printing. Printed the cover letter and documents in connection with sending them to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. Printed the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) | | | $0.75 | 71 | $53.25 | $53.25 |
| 8/20/21 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. | | | $5.59 | 1 | $5.59 | $5.59 |

| Date | Description | Rate | Hours | | | | Cost | Total |
|---|---|---|---|---|---|---|---|---|
| 8/17/21 | Draft/revise. Drafted the motion for default judgment against Defendant 108 CORONA REALTY CORP. Gathered, reviewed, analyzed, and assembled the exhibits to be attached to the motion. Including the exhibits, the motion came out to be 32 pages long. | $330.00 | 4.0 | | | | $0.00 | $1,320.00 |
| 8/20/21 | Filing. Filed the motion for default judgment against Defendant 108 CORONA REALTY CORP. and attached the exhibits in compliance with Rule III.C.3 of Judge Eric R. Komitee's Individual Practices and Rules. | $100.00 | 0.3 | | | | $0.00 | $30.00 |
| 8/20/21 | Review/analyze. Reviewed the ECF notice regarding filing of the motion for default judgment against Defendant 108 CORONA REALTY CORP. | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 8/20/21 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the filed motion for default judgment and other documents, description of which appears below. | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 8/20/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the following documents: the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | | 1.0 | | | $0.00 | $100.00 |

| Date | Description | Rate | Hours | | Cost | Qty | Line Total | Total |
|---|---|---|---|---|---|---|---|---|
| 8/20/21 | Printing. Printed the cover letter and documents in connection with sending them to Defendant 108 CORONA REALTY CORP., to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. Printed the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) | | | | $0.75 | 71 | $53.25 | $53.25 |
| 8/20/21 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP., to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. | | | | $5.59 | 1 | $5.59 | $5.59 |
| 8/20/21 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The letter was prepared in connection with sending to Defendant a copy of the filed motion for default judgment and other documents, description of which appears below. | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 8/20/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) Worked on mailing the following documents: the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | | 1.0 | | | $0.00 | $100.00 |

| Date | Description | Rate | Hours | | Cost | Qty | Subtotal | Total |
|---|---|---|---|---|---|---|---|---|
| 8/20/21 | Printing. Printed the cover letter and documents in connection with sending them to Defendant 108 CORONA REALTY CORP., to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. Printed the cover letter (1 page), a copy of the motion for default judgment with exhibits (32 pages), a copy of the complaint (29 pages), a copy of the summons (2 pages), a copy of the affidavit of service (1 page), a copy of the application to the clerk of court for a certificate of default (5 pages), and a copy of the certificate of default issued by the clerk of court (1 page). (A total of 71 pages.) | | | | $0.75 | 71 | $53.25 | $53.25 |
| 8/20/21 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP., to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of Plaintiff's filing of the motion for default judgment against it. | | | | $5.59 | 1 | $5.59 | $5.59 |
| 8/20/21 | Draft/Revise. Drafted the cover letter to Judge Eric Komitee, in connection with sending courtesy copies of the motions for default judgment against Defendants. | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 8/20/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Judge Eric Komitee, in connection with sending courtesy copies of the motions for default judgment against Defendants. Printed the cover letter, printed two copies of the motions, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.5 | | | | $0.00 | $50.00 |
| 8/20/21 | Postage. Paid for postage of the correspondence to Judge Eric Komitee in connection with sending the correspondence containing courtesy copies of the motions against Defendants. | | | | $2.89 | 1 | $2.89 | $2.89 |
| 8/23/21 | Reviewed the ECF notice stating the following: "ORDER REFERRING MOTION: The MOTIONS for Default Judgment 11, 12 filed by Leonid Treyger is respectfully referred to Magistrate Judge Roanne L. Mann for a Report and Recommendation. Ordered by Judge Eric R. Komitee on 8/23/2021. (Guy, Alicia) (Entered: 08/23/2021)" | $330.00 | 0.1 | | | | $0.00 | $33.00 |

| Date | Description | Rate | Hours | | Cost | Qty | Total Cost | Total |
|---|---|---|---|---|---|---|---|---|
| 9/21/21 | Reviewed the ECF notice stating the following: "SCHEDULING ORDER re 11, 12 MOTIONS for Default Judgment. Since plaintiff seeks an award of attorney's fees, counsel should submit the fee application now, including but not limited to contemporaneous time records. Therefore, by October 5, 2021, plaintiff is directed to serve and file plaintiff's application for attorney's fees and costs. Defendants are directed to show cause, in writing, by October 19, 2021 (with a copy served on plaintiff's counsel), why the relief requested in plaintiff's motion papers (which were reportedly served on defendants on August 20, 2021), and plaintiff's supplemental request for attorney's fees and costs, should not be granted. Defendants are warned that their failure to file a timely response will likely result in a judgment being entered against them. Plaintiff is directed to promptly serve a copy of this Order on defendants and to file proof of mailing. See attached. Ordered by Magistrate Judge Roanne L. Mann on 9/21/2021. (Proujansky, Josh) (Entered: 09/21/2021) | $330.00 | 0.1 | | | | $0.00 | $33.00 |
| 9/23/21 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The letter was prepared in connection with sending to Defendant a copy of the Scheduling Order (Doc. No 13). | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 9/23/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) Worked on mailing the Scheduling Order (Doc. No. 13) (2 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.4 | | | | $0.00 | $40.00 |
| 9/23/21 | Printing. Printed the cover letter and a copy of the Scheduling Order (Doc. No. 13) in connection with mailing it to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) | | | | $0.75 | 3 | $2.25 | $2.25 |
| 9/23/21 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of the Scheduling Order (Doc. No. 13). | | | | $3.19 | 1 | $3.19 | $3.19 |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9/23/21 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Scheduling Order (Doc. No 13). | $330.00 | 0.2 | | | $0.00 | $66.00 |
| 9/23/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Scheduling Order (Doc. No. 13) (2 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.4 | | | $0.00 | $40.00 |
| 9/23/21 | Printing. Printed the cover letter and a copy of the Scheduling Order (Doc. No. 13) in connection with mailing it to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) | | | $0.75 | 3 | $2.25 | $2.25 |
| 9/23/21 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Scheduling Order (Doc. No. 13). | | | $3.19 | 1 | $3.19 | $3.19 |

| Date | Description | Rate | Hours | | Cost | Qty | Subtotal | Total |
|---|---|---|---|---|---|---|---|---|
| 9/23/21 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Scheduling Order (Doc. No 13). | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 9/23/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Scheduling Order (Doc. No. 13) (2 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.4 | | | | $0.00 | $40.00 |
| 9/23/21 | Printing. Printed the cover letter and a copy of the Scheduling Order (Doc. No. 13) in connection with mailing it to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) | | | | $0.75 | 3 | $2.25 | $2.25 |
| 9/23/21 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Scheduling Order (Doc. No. 13). | | | | $3.19 | 1 | $3.19 | $3.19 |

| Date | Description | Rate | Hours | | Cost | Qty | Total Cost | Amount |
|---|---|---|---|---|---|---|---|---|
| 9/23/21 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The letter was prepared in connection with sending to Defendant a copy of the Scheduling Order (Doc. No 13). | $330.00 | 0.2 | | | | $0.00 | $66.00 |
| 9/23/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) Worked on mailing the Scheduling Order (Doc. No. 13) (2 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $100.00 | 0.4 | | | | $0.00 | $40.00 |
| 9/23/21 | Printing. Printed the cover letter and a copy of the Scheduling Order (Doc. No. 13) in connection with mailing it to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) | | | | $0.75 | 3 | $2.25 | $2.25 |
| 9/23/21 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of the Scheduling Order (Doc. No. 13). | | | | $3.19 | 1 | $3.19 | $3.19 |
| 9/24/21 | Draft/Revise. Drafted Affidavit of Service of Court's Order (Doc. No. 13). [Doc. No. 14] (This entry refers to the service of the Scheduling Order, above.) | $330.00 | 0.5 | | | | $0.00 | $165.00 |
| 9/24/21 | Filing. Filed the Affidavit of Service [Doc. No. 14]. | $100.00 | | 0.1 | | | $0.00 | $10.00 |
| 9/27/21 | Communicate. Discussed the progress of the case with the client. | $330.00 | 0.3 | | | | $0.00 | $99.00 |
| 10/1/21 | Draft/Revise. Drafted affidavit of attorney's fees, costs, expenses, and declaration. | $330.00 | 10.0 | | | | $0.00 | $3,300.00 |

| Date | Description | Rate | Hours | | | Cost | Total |
|---|---|---|---|---|---|---|---|
| 10/4/21 | Assembled the exhibits to be attached to the affidavit of attorney's fees, costs, expenses and declaration. | $100.00 | 1.0 | | | $0.00 | $100.00 |

| | |
|---:|---:|
| Total Number of Attorney Hours | 40.3 |
| Total Number of Secretarial Hours | 9.5 |
| Total Number of all Hours | 49.8 |
| Total Fee for Attorney Hours | $13,299.00 |
| Total Fee for Secretarial Hours | $950.00 |
| Total Attorney's Fees (Total Fee for Attorney Hours + Total Fee for Secretarial Hours) | $14,249.00 |
| Total Costs | $930.93 |
| Grand Total (Total Attorney's Fees + Total Costs) | $15,179.93 |