# **EXHIBIT 3**

 **Gmail**

**Michael Grinblat <michael.grinblatesq@gmail.com>**

## Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>
Reply-To: Frank_Daley@nyed.uscourts.gov
To: michael.grinblatesq@gmail.com

Mon, May 24, 2021 at 8:55 AM

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

    Account Number: 3866163
    Court: NEW YORK EASTERN DISTRICT COURT
    Amount: $402.00
    Tracking Id: ANYEDC-14499177
    Approval Code: 704255
    Card Number: ************4915
    Date/Time: 05/24/2021 08:55:56 ET

NOTE: This is an automated message. Please do not reply

# Alexander
# POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
SINCE 1961

*ALEXANDER POOLE & CO., INC.*
*41 STATE STREET, STE 406, ALBANY, NY 12207*
*TELEPHONE 518-436-0895 • FAX 518-436-7366*
*EMAIL INFO@ALEXANDERPOOLE.COM*
Federal ID # 14-1482374

Invoice # **2117400**

June 4, 2021

14453
Law Offices of Michael Grinblat

# PAID

Your File #: Treyger

**Routine**

Contract or SFS #:

| | | |
|---|---|---|
| *Leonid Treyger* | Plaintiff/Petitioner | Date Received: 6/1/2021 |
| *vs* | | Serve By Date: |
| *First Class Furniture and Rugs Inc., et al* | Defendant/Respondent | Date Returnable: |
| | | Docket or ID #: 1:21-cv-02902-EK-RLM |
| | | Court: U. S. District |

## Re: **First Class Furniture and Rugs Inc.**

County: Eastern Dist.

**File:**

*Service Documents* Summons in a Civil Action & Class Action Complaint

*Date Served/Complete:* 6/4/2021 *Method:*

*Server:* Sean Warner

*Pursuant to* Business Corporation Law §306

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 6/1/21 | Secretary of State Fee ($40) Prepaid by Customer | 1 | $40.00 |
| 6/1/21 | Svc. on Secretary of State - Regular (Svc.Fee Prepaid) | 1 | $20.00 |

**Payments Made:**
06/03/2021 by Michael Grinblat Credit Card Transaction #PL0085736879 - Applied $60.00 of $480.00

| | |
|---|---|
| **Total Service Fees** | $60.00 |
| **Payments/Credits** | -$60.00 |
| **Balance Due =** | **$0.00** |

Notes: **EMAIL AFFIDAVIT TO michael.grinblatesq@gmail.com. DO NOT MAIL.**

There will be a $20.00 fee charged for any returned check.

---

## We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover

14453
Law Offices of Michael Grinblat

| | |
|---|---|
| Customer Fax: | No Fax on File |
| Invoice#: | **2117400** |
| Invoice Date: | 6/4/2021 |
| **Total Amount Due:** | **$0.00** |

**Alexander, Poole & Co., Inc.**
**41 State St, Ste 406**
**Albany, New York, 12207**

# Alexander POOLE & Co. Inc.

ATTORNEY'S SERVICENTER
SINCE 1961

ALEXANDER POOLE & CO., INC.
41 STATE STREET, STE 406, ALBANY, NY 12207
TELEPHONE **518-436-0895** • FAX 518-436-7366
EMAIL INFO@ALEXANDERPOOLE.COM
Federal ID # 14-1482374

Invoice #   **2117399**

June 4, 2021

14453
Law Offices of Michael Grinblat

# PAID

Your File #: Treyger

Contract or SFS #:

## Routine

| | |
|---|---|
| Leonid Treyger | Plaintiff/Petitioner |
| vs | |
| First Class Furniture and Rugs Inc., et al | Defendant/Respondent |

Date Received: 6/1/2021
Serve By Date:
Date Returnable:
Docket or ID #: 1:21-cv-02902-EK-RLM
Court: U. S. District
County: Eastern Dist.

**Re: 108 Corona Realty Corp.**

File:

Service Documents: Summons in a Civil Action & Class Action Complaint

Date Served/Complete: 6/4/2021   Method:

Server: Sean Warner

Pursuant to Business Corporation Law §306

| Date | Service Description | Qty | Service Fee |
|---|---|---|---|
| 6/1/21 | Secretary of State Fee ($40) Prepaid by Customer | 1 | $40.00 |
| 6/1/21 | Svc. on Secretary of State - Regular (Svc.Fee Prepaid) | 1 | $20.00 |

**Payments Made:**
06/03/2021 by Michael Grinblat Credit Card Transaction #PL0085736879 - Applied $60.00 of $480.00

| | |
|---|---|
| Total Service Fees | **$60.00** |
| Payments/Credits | **-$60.00** |
| **Balance Due =** | **$0.00** |

Notes:   *EMAIL AFFIDAVIT TO michael.grinblatesq@gmail.com. DO NOT MAIL.*

There will be a $20.00 fee charged for any returned check.

---

**We also accept eChecks, PayPal, Visa, Mastercard, American Express & Discover**

14453
Law Offices of Michael Grinblat

| | |
|---|---|
| Customer Fax: | No Fax on File |
| Invoice#: | **2117399** |
| Invoice Date: | 6/4/2021 |

Alexander, Poole & Co., Inc.
41 State St, Ste 406
Albany, New York, 12207

Total Amount Due:         **$0.00**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 24, 2021

Civil Rights Bureau
28 Liberty Street
New York, NY 10005

By US Mail. USPS Tracking Number: 9449028206334305207258

Attn.:  To Whom It May Concern

Re:  <u>LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.:      21-cv-2902

Dear Sir or Madam:

The purpose of this correspondence is to notify your office, pursuant to NYS Civil Rights
Law §40-d, that my law firm filed the above-captioned legal action on behalf of my client, Leonid
Treyger, in the United States District Court for the Eastern District of New York on May 24, 2021.
The lawsuit stems from the discrimination of my client by the defendants, on the basis of disability,
in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183, and §12188(a),
NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City
Human Rights Laws [Administrative Code] §8-107. Enclosed please find a copy of the complaint.

Please contact me should you have any questions, or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$2.89**
**US POSTAGE**

05/24/2021
From 11378
0 lbs 11 ozs



**Pitney Bowes**       026W0004897538

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C009**

CIVIL RIGHTS BUREAU
28 LIBERTY STREET
NEW YORK NY 10005-1400

## USPS TRACKING #



**9449 0282 0633 4305 2072 58**

The safer, easier way to pay **PayPal**

**Law Offices of Michael Grinblat**
**10 East 39th Street, 12th Floor**
**New York, NY 10016**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 24, 2021

Damion K. L. Stodola
General Counsel
NYC Commission on Human Rights
22 Reade Street, 2nd Floor
New York, NY 10007

By US Mail. USPS Tracking Number: 9449028206334305189363

Re:    <u>LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.:    21-cv-2902

Dear Mr. Stodola:

The purpose of this correspondence is to notify your office, pursuant to NYC Human Rights Law §8-502(c), that my law firm filed the above-captioned legal action on behalf of my client, Leonid Treyger, in the United States District Court for the Eastern District of New York on May 24, 2021. The lawsuit stems from the discrimination of my client by the defendants, on the basis of disability, in violation of the Americans with Disabilities Act, 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107. Enclosed please find a copy of the complaint.

Please contact me should you have any questions, or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**



**$2.89**
**US POSTAGE**

05/24/2021
From 11378
0 lbs 11 ozs



**Pitney Bowes**     026W0004897469

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C017**

DAMION K. L. STODOLA
22 READE STREET, 2ND FLOOR
NYC COMMISSION ON HUMAN RIGHTS
NEW YORK NY 10007-1216

### USPS TRACKING #



**9449 0282 0633 4305 1893 63**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712

Facsimile: (212) 202-5130

michael.grinblatesq@gmail.com

May 25, 2021

Alexander Poole & Co. Inc.
41 State Street, Suite 406
Albany, NY 12207

By USPS. Tracking Number: 9449028206335484329205

**Service of Process upon the New York Secretary of State**
**Case No.: 21-cv-2902-EK-RLM**

To whom it may concern:

 Please personally serve the New York Secretary of State with the enclosed summonses and complaints for each defendant in the above-referenced civil action.

 Please e-mail me affidavits of service and receipt, as well as mail them to my residential address on file. Please call me to arrange a credit card payment.

Very truly yours,

Michael Grinblat, Esq.

Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**$2.89**
**US POSTAGE**

05/25/2021
From 11378
0 lbs 14 ozs



**Pitney Bowes**     026W0004897641

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0002**

**C012**

ALEXANDER POOLE & CO. INC.
41 STATE STREET, SUITE 406
ALBANY NY 12207-2827

## USPS TRACKING #



**9449 0282 0633 5484 3292 05**

The safer, easier way to pay **PayPal**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 20, 2021

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368


Re:   LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
      REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
      Partnerships, Corporations 1-X, entities yet unknown
      Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449328206334347549508

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.


Dear Sir or Madam:

Please be advised that my law firm filed the above-captioned legal action on behalf of my client, Leonid Treyger, in the federal court for the Eastern District of New York on May 24, 2021. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

Under the Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or otherwise respond, to the complaint, by June 28, 2021. That date includes the three-day extension of time, to which you are entitled. You failed to plead, or otherwise respond, to the complaint. Consequently, on August 9, 2021, I filed an application for a certificate of default with the Clerk for the United States District Court for the Eastern District of New York. On August 18, 2021, I filed a motion for default judgment. The Court denied it, without prejudice, because it was improperly filed. I filed it again today.

Enclosed please find a copy of the motion for default judgment with exhibits, as well as courtesy copies of the summons and complaint, which have been served on the New York Secretary of State. Notice of this litigation, together with a copy of the complaint, was sent to the New York City Commission on Human Rights and the New York State Civil Rights Bureau. Enclosed are also copies of the affidavit of service, application to clerk for a certificate of default

LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Attn.:   Chief Executive Officer of First Class Furniture and Rugs Inc.
Case No.:       21-cv-2902-EK-RLM
August 20, 2021
Page 2

and certificate of default issued by the clerk of court.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$5.59**
**US POSTAGE**

08/20/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**    026W0004898174

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

FIRST CLASS FURNITURE AND RUGS INC.
4809 108TH STREET
FIRST FLOOR
CORONA NY 11368-2911

## USPS SIGNATURE TRACKING #



**9449 3282 0633 4347 5495 08**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 20, 2021

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:     21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449328206334347556285

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

Please be advised that my law firm filed the above-captioned legal action on behalf of my client, Leonid Treyger, in the federal court for the Eastern District of New York on May 24, 2021. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

Under the Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or otherwise respond, to the complaint, by June 28, 2021. That date includes the three-day extension of time, to which you are entitled. You failed to plead, or otherwise respond, to the complaint. Consequently, on August 9, 2021, I filed an application for a certificate of default with the Clerk for the United States District Court for the Eastern District of New York. On August 18, 2021, I filed a motion for default judgment. The Court denied it, without prejudice, because it was improperly filed. I filed it again today.

Enclosed please find a copy of the motion for default judgment with exhibits, as well as courtesy copies of the summons and complaint, which have been served on the New York Secretary of State. Notice of this litigation, together with a copy of the complaint, was sent to the New York City Commission on Human Rights and the New York State Civil Rights Bureau. Enclosed are also copies of the affidavit of service, application to clerk for a certificate of default

LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Attn.:   Chief Executive Officer of First Class Furniture and Rugs Inc.
Case No.:       21-cv-2902-EK-RLM
August 20, 2021
Page 2

and certificate of default issued by the clerk of court.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$5.59**
**US POSTAGE**

08/20/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**      026W0004897569

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LANE
5TH FLOOR
NEW YORK NY 10038-5154

## USPS SIGNATURE TRACKING #



**9449 3282 0633 4347 5562 85**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712

Facsimile: (212) 202-5130

michael.grinblatesq@gmail.com

August 20, 2021

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:     21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449328206334347567564

Attention: Chief Executive Officer of 108 Corona Realty Corp.


Dear Sir or Madam:

    Please be advised that my law firm filed the above-captioned legal action on behalf of my
client, Leonid Treyger, in the federal court for the Eastern District of New York on May 24, 2021.
The lawsuit stems from the discrimination of my client by the defendants on the basis of disability
in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and
§12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York
City Human Rights Laws [Administrative Code] §8-107.

    Under the Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or
otherwise respond, to the complaint, by June 28, 2021. That date includes the three-day extension
of time, to which you are entitled. You failed to plead, or otherwise respond, to the complaint.
Consequently, on August 9, 2021, I filed an application for a certificate of default with the Clerk
for the United States District Court for the Eastern District of New York. On August 18, 2021, I
filed a motion for default judgment. The Court denied it, without prejudice, because it was
improperly filed. I filed it again today.

    Enclosed please find a copy of the motion for default judgment with exhibits, as well as
courtesy copies of the summons and complaint, which have been served on the New York
Secretary of State. Notice of this litigation, together with a copy of the complaint, was sent to the
New York City Commission on Human Rights and the New York State Civil Rights Bureau.
Enclosed are also copies of the affidavit of service, application to clerk for a certificate of default

and certificate of default issued by the clerk of court.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES**
**POSTAL SERVICE** ®

**www.paypal.com**

**$5.59**
**US POSTAGE**

08/20/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**     026W0004897569

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C007**

108 CORONA REALTY CORP.
106-29 49TH AVENUE
CORONA NY 11368-2804

## USPS SIGNATURE TRACKING #



**9449 3282 0633 4347 5675 64**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 20, 2021

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449328206334347561982

Attention: Chief Executive Officer of 108 Corona Realty Corp.


Dear Sir or Madam:

Please be advised that my law firm filed the above-captioned legal action on behalf of my client, Leonid Treyger, in the federal court for the Eastern District of New York on May 24, 2021. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

Under the Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or otherwise respond, to the complaint, by June 28, 2021. That date includes the three-day extension of time, to which you are entitled. You failed to plead, or otherwise respond, to the complaint. Consequently, on August 9, 2021, I filed an application for a certificate of default with the Clerk for the United States District Court for the Eastern District of New York. On August 18, 2021, I filed a motion for default judgment. The Court denied it, without prejudice, because it was improperly filed. I filed it again today.

Enclosed please find a copy of the motion for default judgment with exhibits, as well as courtesy copies of the summons and complaint, which have been served on the New York Secretary of State. Notice of this litigation, together with a copy of the complaint, was sent to the New York City Commission on Human Rights and the New York State Civil Rights Bureau. Enclosed are also copies of the affidavit of service, application to clerk for a certificate of default

and certificate of default issued by the clerk of court.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$5.59**
**US POSTAGE**

08/20/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**        026W0004897538

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

CHEN ZHI REN
111-07 43RD AVENUE
CORONA NY 11368-2644

### USPS SIGNATURE TRACKING #



**9449 3282 0633 4347 5619 82**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 20, 2021

Judge Eric Komitee
225 Cadman Plaza East
Brooklyn, NY 11201

Re: LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
Partnerships, Corporations 1-X, entities yet unknown
Case No.: 21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206334347597522

Dear Judge Komitee:

I represent the plaintiff in the above-referenced action. Today I filed with the Court two
motions for default judgment against defendants FIRST CLASS FURNITURE AND RUGS INC.
and 108 CORONA REALTY CORP. Enclosed please find courtesy copies of these motions.

Very truly yours,

Michael Grinblat

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**$2.89**
**US POSTAGE**

08/20/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**   026W0004898174

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C030**

JUDGE ERIC KOMITEE
225 CADMAN PLAZA EAST
BROOKLYN NY 11201-1832

### USPS TRACKING #



**9449 0282 0633 4347 5975 22**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 23, 2021

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:     21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335546235437

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

   Please be advised that on September 21, 2021, Magistrate Judge Roanne L. Mann issued the order to show cause, in which she directed the defendants to "show cause, in writing, by October 19, 2021 (with a copy served on plaintiff's counsel),why the relief requested in plaintiff's motion papers (which were reportedly served on defendants on August 20, 2021), and plaintiff's supplemental request for attorney's fees and costs, should not be granted." She also directed me to serve a copy of that order on the defendants and to file proof of mailing. Pursuant to the court's order, enclosed please find a copy of the order and a copy of the ECF notice regarding that order.

   My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees, expenses, and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Attn.: Chief Executive Officer of First Class Furniture and Rugs Inc.
Case No.: 21-cv-2902-EK-RLM
September 23, 2021
Page 2

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**$3.19**
**US POSTAGE**

09/23/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**     026W0004897570

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

FIRST CLASS FURNITURE AND RUGS INC.
4809 108TH STREET
FIRST FLOOR
CORONA NY 11368-2911

### USPS TRACKING #



**9449 0282 0633 4366 7653 46**

The safer, easier way to pay **PayPal**

**Law Offices of Michael Grinblat**
**10 East 39th Street, 12th Floor**
**New York, NY 10016**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 23, 2021

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:        21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335546235437

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

 Please be advised that on September 21, 2021, Magistrate Judge Roanne L. Mann issued the order to show cause, in which she directed the defendants to "show cause, in writing, by October 19, 2021 (with a copy served on plaintiff's counsel),why the relief requested in plaintiff's motion papers (which were reportedly served on defendants on August 20, 2021), and plaintiff's supplemental request for attorney's fees and costs, should not be granted." She also directed me to serve a copy of that order on the defendants and to file proof of mailing. Pursuant to the court's order, enclosed please find a copy of the order and a copy of the ECF notice regarding that order.

 My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees, expenses, and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Attn.: Chief Executive Officer of First Class Furniture and Rugs Inc.
Case No.: 21-cv-2902-EK-RLM
September 23, 2021
Page 2

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES**
**POSTAL SERVICE** ®

**$3.19**
**US POSTAGE**

09/23/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**     026W0004897610

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LANE
5TH FLOOR
NEW YORK NY 10038-5154

### USPS TRACKING #



**9449 0282 0633 5546 2354 37**

The safer, easier way to pay **PayPal**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 23, 2021

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

Re:   LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
      REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
      Partnerships, Corporations 1-X, entities yet unknown
      Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335546247430

Attention: Chief Executive Officer of 108 Corona Realty Corp.


Dear Sir or Madam:

Please be advised that on September 21, 2021, Magistrate Judge Roanne L. Mann issued the order to show cause, in which she directed the defendants to "show cause, in writing, by October 19, 2021 (with a copy served on plaintiff's counsel),why the relief requested in plaintiff's motion papers (which were reportedly served on defendants on August 20, 2021), and plaintiff's supplemental request for attorney's fees and costs, should not be granted." She also directed me to serve a copy of that order on the defendants and to file proof of mailing. Pursuant to the court's order, enclosed please find a copy of the order and a copy of the ECF notice regarding that order.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees, expenses, and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**$3.19**
**US POSTAGE**

09/23/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**     026W0004897485

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C007**

108 CORONA REALTY CORP.
106-29 49TH AVENUE
CORONA NY 11368-2804

**USPS TRACKING #**



**9449 0282 0633 5546 2474 30**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

September 23, 2021

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

Re:    <u>LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.:     21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206334366788147

Attention: Chief Executive Officer of 108 Corona Realty Corp.

Dear Sir or Madam:

Please be advised that on September 21, 2021, Magistrate Judge Roanne L. Mann issued the order to show cause, in which she directed the defendants to "show cause, in writing, by October 19, 2021 (with a copy served on plaintiff's counsel),why the relief requested in plaintiff's motion papers (which were reportedly served on defendants on August 20, 2021), and plaintiff's supplemental request for attorney's fees and costs, should not be granted." She also directed me to serve a copy of that order on the defendants and to file proof of mailing. Pursuant to the court's order, enclosed please find a copy of the order and a copy of the ECF notice regarding that order.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees, expenses, and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

       Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosures

 **UNITED STATES POSTAL SERVICE** ®

**$3.19**
**US POSTAGE**

09/23/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**    026W0004897469

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

CHEN ZHI REN
111-07 43RD AVENUE
CORONA NY 11368-2644

## USPS TRACKING #



**9449 0282 0633 4366 7881 47**