**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LEONID TREYGER**, | **AFFIDAVIT OF SERVICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT FIRST CLASS FURNITURE AND RUGS INC.** |
| Plaintiff, | |
| -against- | |
| **FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP.,** JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | **CASE NO.: 21-cv-2902-EK-RLM** |
| Defendants. | |

I certify that on August 20, 2021, I filed the Motion for Default Judgment against Defendant FIRST CLASS FURNITURE AND RUGS INC. (Doc. 11) with the Court via CM/ECF, which caused notice to be served upon all e-filing attorneys of record. On the same date I also served the following, via United States Postal Service, postage prepaid, tracking, and signature of recipients requested:

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368

1

(Defendant presently conducts business at the above address, which is used for service of process by the New York Department of State. The correspondence was delivered and signed for by the recipient on August 23, 2021. [Exhibit 1])

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

(The above is the address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No other addresses are known to Plaintiff. The correspondence was delivered and signed for by the recipient on August 23, 2021. [Exhibit 2])

January 1, 2022

Respectfully submitted,

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com