# EXHIBIT 2

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

August 20, 2021

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re: <u>LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown</u>
Case No.: 21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449328206334347556285

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

Please be advised that my law firm filed the above-captioned legal action on behalf of my client, Leonid Treyger, in the federal court for the Eastern District of New York on May 24, 2021. The lawsuit stems from the discrimination of my client by the defendants on the basis of disability in violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. §12182, §12183 and §12188(a), NYS Civil Rights Law §40-c and §40-d, NYS Human Rights Law §296 and New York City Human Rights Laws [Administrative Code] §8-107.

Under the Federal Rules of Civil Procedure, Rule 12(a), you were required to plead, or otherwise respond, to the complaint, by June 28, 2021. That date includes the three-day extension of time, to which you are entitled. You failed to plead, or otherwise respond, to the complaint. Consequently, on August 9, 2021, I filed an application for a certificate of default with the Clerk for the United States District Court for the Eastern District of New York. On August 18, 2021, I filed a motion for default judgment. The Court denied it, without prejudice, because it was improperly filed. I filed it again today.

Enclosed please find a copy of the motion for default judgment with exhibits, as well as courtesy copies of the summons and complaint, which have been served on the New York Secretary of State. Notice of this litigation, together with a copy of the complaint, was sent to the New York City Commission on Human Rights and the New York State Civil Rights Bureau. Enclosed are also copies of the affidavit of service, application to clerk for a certificate of default and certificate of default issued by the clerk of court.

LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Attn.: Chief Executive Officer of First Class Furniture and Rugs Inc.
Case No.: 21-cv-2902-EK-RLM
August 20, 2021
Page 2

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other aforementioned laws, and compensate my client for his attorney's fees, expenses and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.

Enclosures



**UNITED STATES POSTAL SERVICE**®

www.paypal.com

**$5.59**
**US POSTAGE**

08/20/2021
From
0 lbs 13 ozs



**Pitney Bowes**  026W0004897569

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LANE
5TH FLOOR
NEW YORK NY 10038-5154

**USPS SIGNATURE TRACKING #**



9449 3282 0633 4347 5562 85

The safer, easier way to pay **PayPal**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9449328206334347556285

Your item was delivered to the front desk, reception area, or mail room at 1:37 pm on August 23, 2021 in NEW YORK, NY 10038. The item was signed for by T W.

## ⊘ Delivered, Front Desk/Reception/Mail Room

August 23, 2021 at 1:37 pm
NEW YORK, NY 10038

Feedback

### Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Proof of Delivery | ⌄ |
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?



January 1, 2022

Dear Michael Grinblat:

The following is in response to your request for proof of delivery on your item with the tracking number: **9449 3282 0633 4347 5562 85**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | August 23, 2021, 1:37 pm |
| **Location:** | NEW YORK, NY 10038 |
| **Postal Product:** | Media Mail |
| **Extra Services:** | Signature Confirmation™ |
| **Recipient Name:** | Spiegel   Utrera  P A   P C |
| **Actual Recipient Name:** | T W |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 13.0oz |

## Recipient Signature

**Signature of Recipient:** TW RT 28 C19

**Address of Recipient:** 1 ML 5FL

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004