# EXHIBIT 2

# Law Offices of Michael Grinblat
# 10 East 39th Street, 12th Floor
# New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 17, 2022

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re: LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.: 21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335586921635

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

    Please be advised that on January 10, 2022, the Court issued the Report and Recommendation regarding the plaintiff's motion for default judgment against the defendants in the above-referenced action. Enclosed please find a copy of that document.

    My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

    Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure




**$3.19**
**US POSTAGE**

01/17/2022
From
1 lbs 0 ozs

**Pitney Bowes**  026W0004897485



## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LANE, 5TH FLOOR
NEW YORK NY 10038-5154

## USPS TRACKING #



**9449 0282 0633 5586 9216 35**

The safer, easier way to pay **PayPal**