**EXHIBIT 1**

# Law Offices of Michael Grinblat

10 East 39th Street, 12th Floor, New York, NY 10016
Tel: (347) 796-0712 | Fax: (212) 202-5130

## Invoice
Date: May 3, 2022

## Bill To
First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368

108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368

## For
Attorney's fees and costs

| Date | Description of Performed Work or Cost | Rate | Attorney Hours | Secretarial Hours | Price per Unit | Units | Costs | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/4/21 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The letter was prepared in connection with sending to Defendant a copy of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 10/4/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) Worked on mailing the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15) (62 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | | 0.4 | | | $0.00 | $30.00 |
| 10/4/21 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | | | | $3.19 | 1 | $3.19 | $3.19 |
| 10/4/21 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | $300.00 | 0.2 | | | | $0.00 | $60.00 |

| Date | Description | Rate | Hours | Cost | Qty | Amount | Total |
|---|---|---|---|---|---|---|---|
| 10/4/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15) (62 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.4 | | | $0.00 | $30.00 |
| 10/4/21 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | | | $3.19 | 1 | $3.19 | $3.19 |
| 10/4/21 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | $300.00 | 0.2 | | | $0.00 | $60.00 |
| 10/4/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15) (62 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.4 | | | $0.00 | $30.00 |
| 10/4/21 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | | | $3.19 | 1 | $3.19 | $3.19 |

| Date | Description | Rate | Hours | | | Expense | Qty | Total Expense | Total |
|---|---|---|---|---|---|---|---|---|---|
| 10/4/21 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The letter was prepared in connection with sending to Defendant a copy of the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15). | $300.00 | 0.2 | | | | | $0.00 | $60.00 |
| 10/4/21 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) Worked on mailing the Affidavit of Attorney Fees, Expenses, and Declaration (Doc. No. 15) (62 pages.) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.4 | | | | | $0.00 | $30.00 |
| 10/4/21 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of the Scheduling Order (Doc. No. 13). | | | | | $3.19 | 1 | $3.19 | $3.19 |
| 12/29/21 | Reviewed the scheduling order re [11], [12] Motions for Default Judgment. | $300.00 | 0.1 | | | | | $0.00 | $30.00 |
| 1/1/22 | Drafted Affidavit of Service of Motion for Default Judgment Against Defendant First Class Furniture and Rugs Inc. [ECF Doc. No. 16] | $300.00 | 0.3 | | | | | $0.00 | $90.00 |
| 1/1/22 | Filed on ECF the Affidavit of Service of Motion for Default Judgment Against Defendant First Class Furniture and Rugs Inc. [ECF Doc. No. 16] | $75.00 | | 0.1 | | | | $0.00 | $7.50 |

| Date | Description | Rate | Hours | | Cost | Qty | Amount |
|---|---|---|---|---|---|---|---|
| 1/1/22 | Drafted Affidavit of Service of Motion for Default Judgment Against Defendant 108 Corona Realty Corp. [ECF Doc. No. 17] | $300.00 | 0.4 | | | $0.00 | $120.00 |
| 1/1/22 | Filed on ECF the Affidavit of Service of Motion for Default Judgment Against Defendant 108 Corona Realty Corp. [ECF Doc. No. 17] | $75.00 | | 0.1 | | $0.00 | $7.50 |
| 1/10/22 | Reviewed ECF notice regarding Report and Recommendations re [11], [12] Motions for Default Judgment and [15] Motion for Attorney Fees. | $300.00 | 0.1 | | | $0.00 | $30.00 |
| 1/10/22 | Reviewed Report and Recommendation [Doc. No. 18]. | $300.00 | 0.6 | | | $0.00 | $180.00 |
| 1/17/22 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The letter was prepared in connection with sending to Defendant a copy of the Report and Recommendation (Doc. No. 18). | $300.00 | 0.2 | | | $0.00 | $60.00 |
| 1/17/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) Worked on mailing the Report and Recommendation (Doc. No. 18) Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | | 0.4 | | $0.00 | $30.00 |
| 1/17/22 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of the Report and Recommendation (Doc. No. 18). | | | | $3.19 | 1 | $3.19 | $3.19 |

| Date | Description | Rate | Hours | | | Cost | Qty | Cost Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/17/22 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Report and Recommendation (Doc. No. 18). | $300.00 | 0.2 | | | | | $0.00 | $60.00 |
| 1/17/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Report and Recommendation (Doc. No. 18). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.4 | | | | | $0.00 | $30.00 |
| 1/17/22 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Report and Recommendation (Doc. No. 18). | | | | | $3.19 | 1 | $3.19 | $3.19 |
| 1/17/22 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Report and Recommendation (Doc. No. 18). | $300.00 | 0.2 | | | | | $0.00 | $60.00 |
| 1/17/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Report and Recommendation (Doc. No. 18). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.4 | | | | | $0.00 | $30.00 |

| Date | Description | Rate | Hours | | Cost | Qty | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 1/17/22 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Report and Recommendation (Doc. No. 18). | | | | $3.19 | 1 | $3.19 | $3.19 |
| 1/17/22 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The letter was prepared in connection with sending to Defendant a copy of the Report and Recommendation (Doc. No. 18). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 1/17/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) Worked on mailing a copy of the Report and Recommendation (Doc. No. 18). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.4 | | | | $0.00 | $30.00 |
| 1/17/22 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of the Report and Recommendation (Doc. No. 18). | | | | $3.19 | 1 | $3.19 | $3.19 |
| 1/17/22 | Draft/Revise. Drafted Affidavit of Service of Report and Recommendation (Doc. No. 19). | $300.00 | 0.4 | | | | $0.00 | $120.00 |
| 1/17/22 | Filing. Filed Affidavit of Service of Report and Recommendation (Doc. No. 19). | $75.00 | | 0.2 | | | $0.00 | $15.00 |

| Date | Description | Rate | Hours | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| 1/21/22 | Reviewed the ECF notice regarding Order re [18] Report and Recommendations, in which the Clerk was requested to mail copies of that Order. | $300.00 | 0.1 | | | | $0.00 | $30.00 |
| 2/23/22 | Reviewed the ECF notice regarding Memorandum & Order (Doc. No. 22) | $300.00 | 0.1 | | | | $0.00 | $30.00 |
| 2/23/22 | Reviewed Memorandum and Order (Doc. No. 22) | $300.00 | 0.1 | | | | $0.00 | $30.00 |
| 2/25/22 | Reviewed the ECF notice regarding Clerk's Judgment (Doc. No. 23). | $300.00 | 0.1 | | | | $0.00 | $30.00 |
| 2/25/22 | Reviewed the Clerk's Judgment (Doc. No. 23) | $300.00 | 0.1 | | | | $0.00 | $30.00 |
| 2/28/22 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The letter was prepared in connection with sending to Defendant a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | $300.00 | 0.2 | | | | $0.00 | $60.00 |

| Date | Description | Rate | Hours | Cost | Qty | Line Cost | Total |
|---|---|---|---|---|---|---|---|
| 2/28/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) Worked on mailing to Defendant a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | $0.00 | $22.50 |
| 2/28/22 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | | | $5.11 | 1 | $5.11 | $5.11 |
| 2/28/22 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | $300.00 | 0.2 | | | $0.00 | $60.00 |
| 2/28/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | $0.00 | $22.50 |

| Date | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2/28/22 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | | | | $5.11 | 1 | $5.11 | $5.11 |
| 2/28/22 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 2/28/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | | $0.00 | $22.50 |
| 2/28/22 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | | | | $5.11 | 1 | $5.11 | $5.11 |

| Date | Description | Rate | Hours | | Cost | Qty | Cost Total | Total |
|---|---|---|---|---|---|---|---|---|
| 2/28/22 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The letter was prepared in connection with sending to Defendant a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 2/28/22 | Prepare for Mailing/Mailing. Worked on mailing of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) Worked on mailing a copy of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | | $0.00 | $22.50 |
| 2/28/22 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of the Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). | | | | $5.11 | 1 | $5.11 | $5.11 |
| 3/11/22 | Draft/Revise. Drafted the Affidavit of Service of Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). (Doc. No. 24) | $300.00 | 0.5 | | | | $0.00 | $150.00 |
| 3/11/22 | Filing. Filed the Affidavit of Service of Memorandum and Order, and Judgment (Doc. No. 22 and No. 23). (Doc. No. 24) | $75.00 | | 0.2 | | | $0.00 | $15.00 |
| 4/11/22 | Research. Conducted research on how to record a lien on Defendant 108 CORONA REALTY CORP.'s commercial lot to enforce Judgment (Doc. No. 25). | $300.00 | 2.5 | | | | $0.00 | $750.00 |

| Date | Description | Rate | Hours | | Amount | Qty | Total | Line Total |
|---|---|---|---|---|---|---|---|---|
| 4/15/22 | Draft/Revise. Drafted an abstract of Judgment in connection with requesting an abstract of Judgment (Doc. No. 25) in preparation for sending a request to the Queens County's Clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. | $300.00 | 0.3 | | | | $0.00 | $90.00 |
| 4/15/22 | Draft/Revise. Drafted a letter to the Clerk of the US District Court for the Eastern District of New York in connection with requesting an abstract of Judgment (Doc. No. 25) in preparation for sending a request to the Queens County's Clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. | $300.00 | 0.3 | | | | $0.00 | $90.00 |
| 4/15/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to the Clerk of the US District Court for the Eastern District of New York in connection with requesting an abstract of Judgment (Doc. No. 25) in preparation for sending a request to the Queens County's Clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. Issued a check. | $75.00 | | 0.3 | | | $0.00 | $22.50 |
| 4/15/22 | Issued Check #345, payable to the Clerk, US District Court, in the amount of $11 in connection with requesting an abstract of Judgment (Doc. No. 25) | | | | $11.00 | 1 | $11.00 | $11.00 |
| 4/15/22 | Draft/Revise. Drafted a letter to the Intake Department of the US District Court for the Eastern District of New York in connection with requesting a certified Judgment (Doc. No. 25) in preparation for sending a request to the Queens County's Clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. | $300.00 | 0.3 | | | | $0.00 | $90.00 |
| 4/15/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to the Intake Department of the US District Court for the Eastern District of New York in connection with requesting a certified Judgment (Doc. No. 25) in preparation for sending a request to the Queens County's Clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. Issued a check. | $75.00 | | 0.2 | | | $0.00 | $15.00 |
| 4/15/22 | Issued Check #343, payable to Clerk, US District Court, in the amount of $12 in connection with requesting a certified Judgment (Doc. No. 25) | | | | $12.00 | 1 | $12.00 | $12.00 |

| Date | Description | Rate | Hours | | | Cost | Qty | Total Cost | Total |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/22 | Draft/Revise. Drafted certified Judgment in connection with requesting a certified Judgment (Doc. No. 25) in preparation for sending a request to the Queens County's Clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. | $300.00 | 0.4 | | | | | $0.00 | $120.00 |
| 4/23/22 | Draft/Revise. Drafted a letter to the Queens County Clerk's Office in connection with requesting the clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. | $300.00 | 0.7 | | | | | $0.00 | $210.00 |
| 4/23/22 | Prepare for Maling/Mailing. Worked on mailing a letter to the Queens County Clerk's Office in connection with requesting the clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. | $75.00 | | 0.2 | | | | $0.00 | $15.00 |
| 4/23/22 | Issued a check in the amount of $25 payable to the Queens County Clerk's Office in connection with requesting the clerk to record a lien on the commercial lot owned by Defendant 108 CORONA REALTY CORP. (The check has not yet cleared. Therefore, I am not able to include it with the other receipts and checks in the Exhibit 2 of this document.) | | | | | $25.00 | 1 | $25.00 | $25.00 |
| 4/25/22 | Research. Conducted research on how to enfonce an injunction by reading treatises, Federal Litigation Guide and Moore's Federal Practice. | $300.00 | 3.0 | | | | | $0.00 | $900.00 |
| 4/27/22 | Draft/Revise. Drafted Plaintiff's Memorandum in Support of Order to Show Cause. (Doc. No. 25) | $300.00 | 2.7 | | | | | $0.00 | $810.00 |
| 5/2/22 | Draft/Revise. Drafted Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26) | $300.00 | 1.2 | | | | | $0.00 | $360.00 |

| Date | Description | Rate | Hours | | | | Cost | Total |
|---|---|---|---|---|---|---|---|---|
| 5/2/22 | Draft/Revise. Drafted Exhibit 1, "Performed Work and Cost" in connection with submitting Affidavit of Attorney's Fees, Costs, and Declaration. Exhibits 1 and 2 are part of that submission. | $300.00 | 5.0 | | | | $0.00 | $1,500.00 |
| 5/3/22 | Draft/Revise. Prepared Exhibit 2, in connection with submitting Affidavit of Attorney's Fees, Costs, and Declaration. Exhibits 1 and 2 are part of that submission. | $300.00 | 0.5 | | | | $0.00 | $150.00 |
| 5/3/22 | Filed Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) | $75.00 | | 0.2 | | | $0.00 | $15.00 |
| 5/3/22 | Filed Second Affidavit of Attorney's Fees, Costs, and Declaration | $75.00 | | 0.2 | | | $0.00 | $15.00 |
| 5/3/22 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The letter was prepared in connection with sending to Defendant a copy of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 5/3/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) Worked on mailing to Defendant a copy of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | | 0.3 | | | $0.00 | $22.50 |

| Date | Description | Rate | Hours | | Cost | Qty | Total |
|---|---|---|---|---|---|---|---|
| 5/3/22 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: First Class Furniture and Rugs Inc., 4809 108th Street, First Floor, Corona, NY 11368. (Defendant currently conducts business at that address.) The correspondence was sent to notify Defendant of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | | | | $3.56 | 1 | $3.56 | $3.56 |
| 5/3/22 | Draft/revise. Drafted the cover letter to Defendant FIRST CLASS FURNITURE AND RUGS INC., to be sent to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 5/3/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | | $0.00 | $22.50 |
| 5/3/22 | Postage. Paid for postage of the correspondence to Defendant FIRST CLASS FURNITURE AND RUGS INC. to the following address: Spiegel & Utrera, P.A., P.C., 1 Maiden Lane, 5th Floor, New York, NY 10038. (The address of Defendant's registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | | | | $3.56 | 1 | $3.56 | $3.56 |

| Date | Description | Rate | Hours | | Cost | Qty | Total Cost | Total |
|---|---|---|---|---|---|---|---|---|
| 5/3/22 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The letter was prepared in connection with sending to Defendant the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 5/3/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) Worked on mailing a copy of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | | $0.00 | $22.50 |
| 5/3/22 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: 108 Corona Realty Corp., 106-29 49th Avenue, Corona, NY 11368. (Defendant presently conducts business at that address, which is used for service of process by the New York Department of State. That address is also listed as Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for Defendant.) The correspondence was sent to notify Defendant of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | | | | $3.56 | 1 | $3.56 | $3.56 |
| 5/3/22 | Draft/revise. Drafted the cover letter to Defendant 108 CORONA REALTY CORP., to be sent to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The letter was prepared in connection with sending to Defendant a copy of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | $300.00 | 0.2 | | | | $0.00 | $60.00 |

| Date | Description | Rate | Hours | | Cost | Quantity | Subtotal | Total |
|---|---|---|---|---|---|---|---|---|
| 5/3/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) Worked on mailing a copy of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.3 | | | | $0.00 | $22.50 |
| 5/3/22 | Postage. Paid for postage of the correspondence to Defendant 108 CORONA REALTY CORP. to the following address: Chen Zhi Ren, 111-07 43rd Avenue, Corona, NY 11368. (That is the address of Defendant's chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for Defendant. No registered agent is listed in that database.) The correspondence was sent to notify Defendant of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | | | | $3.56 | 1 | $3.56 | $3.56 |
| 5/3/22 | Drafted a letter to the Honorable Eric Komitee, to accompany submission of the courtesy copies of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | $300.00 | 0.2 | | | | $0.00 | $60.00 |
| 5/3/22 | Prepare for Mailing/Mailing. Worked on mailing the correspondence to Judge Eric Komitee. The correspondence is courtesy copies of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Printed pages of the documents, printed the cover letter, paid for postage and the mailing label, printed the label, attached the label to the envelope, inserted documents in the envelope and mailed it, recorded cost of mailing into the software. | $75.00 | 0.5 | | | | $0.00 | $37.50 |

| Date | Description | | | | Rate | Qty | Amount | Total |
|---|---|---|---|---|---|---|---|---|
| 5/3/22 | Postage. Paid for postage of the correspondence to Judge Eric Komitee in connection with sending the courtesy copies of the Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). | | | | $3.56 | 1 | $3.56 | $3.56 |
| | | | | Total Number of Attorney Hours | | | | 23.2 |
| | | | | Total Number of Secretarial Hours | | | | 7.8 |
| | | | | Total Number of all Hours | | | | 31.0 |
| | | | | Total Fee for Attorney Hours | | | | $6,960.00 |
| | | | | Total Fee for Secretarial Hours | | | | $585.00 |
| | | | | Total Attorney's Fees (Total Fee for Attorney Hours + Total Fee for Secretarial Hours) | | | | $7,545.00 |
| | | | | Total Costs | | | | $111.76 |
| | | | | Grand Total (Total Attorney's Fees + Total Costs) | | | | $7,656.76 |