# **EXHIBIT 2**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

October 4, 2021

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368

Re:  LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
Partnerships, Corporations 1-X, entities yet unknown
Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206334373227400

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

Please be advised that today I filed with the Court the Affidavit of Attorney's Fees, Costs, and Declaration. Enclosed please find a copy of that motion.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ®  |  **www.paypal.com**

**$3.19**
**US POSTAGE**

10/04/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**   026W0004897784

# USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

FIRST CLASS FURNITURE AND RUGS INC.
4809 108TH STREET, FIRST FLOOR
CORONA NY 11368-2911

### USPS TRACKING #



**9449 0282 0633 4373 2274 00**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

October 4, 2021

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:  LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
     REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
     Partnerships, Corporations 1-X, entities yet unknown
     Case No.:        21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335550592670

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

Please be advised that today I filed with the Court the Affidavit of Attorney's Fees, Costs, and Declaration. Enclosed please find a copy of that motion.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and expenses. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

 

**UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$3.19**
**US POSTAGE**

10/04/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**   026W0004897608

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LANE
5TH FLOOR
NEW YORK NY 10038-5154

### USPS TRACKING #



**9449 0282 0633 5550 5926 70**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

October 4, 2021

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

Re:   LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
      REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
      Partnerships, Corporations 1-X, entities yet unknown
      Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206334373241567

Attention: Chief Executive Officer of 108 Corona Realty Corp.

Dear Sir or Madam:

   Please be advised that today I filed with the Court the Affidavit of Attorney's Fees, Costs,
and Declaration. Enclosed please find a copy of that motion.

   My client's ultimate goal is that the defendants remediate their violations of the ADA,
bring their property in full compliance with the ADA, as well as the other laws, and compensate
my client for his attorney's fees and costs. My client wants to avoid a prolonged costly litigation,
seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and
looks forward to reaching a quick and amicable resolution of this matter.

   Please contact me should you have any questions, concerns, or to discuss settlement of this
matter.

Very truly yours,

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ® | **www.paypal.com**

**$3.19**
**US POSTAGE**

10/04/2021
From 11378
0 lbs 13 ozs



**Pitney Bowes**  026W0004897818

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C007**

108 CORONA REALTY CORP.
106-29 49TH AVENUE
CORONA NY 11368-2804

### USPS TRACKING #



**9449 0282 0633 4373 2415 67**

The safer, easier way to pay **PayPal**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

October 4, 2021

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:        21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206334373248528

Attention: Chief Executive Officer of 108 Corona Realty Corp.


Dear Sir or Madam:

   Please be advised that today I filed with the Court the Affidavit of Attorney's Fees, Costs, and Declaration. Enclosed please find a copy of that motion.

   My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client wants to avoid a prolonged costly litigation, seeking statutory and compensatory damages, obtaining injunctive, and declaratory reliefs, and looks forward to reaching a quick and amicable resolution of this matter.

   Please contact me should you have any questions, concerns, or to discuss settlement of this matter.


Very truly yours,

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$3.19**
**US POSTAGE**

10/04/2021
From 10016
0 lbs 13 ozs



**Pitney Bowes**     026W0004897570

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

CHEN ZHI REN
111-07 43RD AVENUE
CORONA NY 11368-2644

**USPS TRACKING #**



**9449 0282 0633 4373 2485 28**

The safer, easier way to pay **PayPal**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 17, 2022

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368

Re:   LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
      REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
      Partnerships, Corporations 1-X, entities yet unknown
      Case No.:       21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335586921376

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.


Dear Sir or Madam:

   Please be advised that on January 10, 2022, the Court issued the Report and
Recommendation regarding the plaintiff's motion for default judgment against the defendants in
the above-referenced action. Enclosed please find a copy of that document.

   My client's ultimate goal is that the defendants remediate their violations of the ADA,
bring their property in full compliance with the ADA, as well as the other laws, and compensate
my client for his attorney's fees and costs. My client looks forward to reaching a quick and
amicable resolution of this matter.

   Please contact me should you have any questions, concerns, or to discuss settlement of this
matter.


                                             Very truly yours,


                                             Michael Grinblat

                                             Michael Grinblat, Esq.
                                             Enclosure

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$3.19**
**US POSTAGE**

01/17/2022
From 11378
1 lbs 0 ozs



**Pitney Bowes**     026W0004897374

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

FIRST CLASS FURNITURE AND RUGS INC.
4809 108TH STREET, FIRST FLOOR
CORONA NY 11368-2911

### USPS TRACKING #



**9449 0282 0633 5586 9213 76**

The safer, easier way to pay  **PayPal**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 17, 2022

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:   LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
      REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
      Partnerships, Corporations 1-X, entities yet unknown
      Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335586921635

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.


Dear Sir or Madam:

    Please be advised that on January 10, 2022, the Court issued the Report and
Recommendation regarding the plaintiff's motion for default judgment against the defendants in
the above-referenced action. Enclosed please find a copy of that document.

    My client's ultimate goal is that the defendants remediate their violations of the ADA,
bring their property in full compliance with the ADA, as well as the other laws, and compensate
my client for his attorney's fees and costs. My client looks forward to reaching a quick and
amicable resolution of this matter.

    Please contact me should you have any questions, concerns, or to discuss settlement of this
matter.


                                        Very truly yours,

                                        Michael Grinblat

                                        Michael Grinblat, Esq.
                                        Enclosure

 **UNITED STATES POSTAL SERVICE** ® | **www.paypal.com**

**$3.19**
**US POSTAGE**

01/17/2022
From 11378
1 lbs 0 ozs


**Pitney Bowes**   026W0004897485

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LANE, 5TH FLOOR
NEW YORK NY 10038-5154

### USPS TRACKING #



**9449 0282 0633 5586 9216 35**

The safer, easier way to pay **PayPal**

**Law Offices of Michael Grinblat**

**10 East 39th Street, 12th Floor**

**New York, NY 10016**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 17, 2022

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:      21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number:  9449028206335586921178

Attention: Chief Executive Officer of 108 Corona Realty Corp.


Dear Sir or Madam:

     Please be advised that on January 10, 2022, the Court issued the Report and
Recommendation regarding the plaintiff's motion for default judgment against the defendants in
the above-referenced action. Enclosed please find a copy of that document.

     My client's ultimate goal is that the defendants remediate their violations of the ADA,
bring their property in full compliance with the ADA, as well as the other laws, and compensate
my client for his attorney's fees and costs. My client looks forward to reaching a quick and
amicable resolution of this matter.

     Please contact me should you have any questions, concerns, or to discuss settlement of this
matter.


Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ® | **www.paypal.com**

**$3.19**
**US POSTAGE**

01/17/2022
From 11378
1 lbs 0 ozs



**Pitney Bowes**   026W0004898087

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C007**

108 CORONA REALTY CORP.
106-29 49TH AVENUE
CORONA NY 11368-2804

## USPS TRACKING #



**9449 0282 0633 5586 9211 78**

The safer, easier way to pay **PayPal**

**Law Offices of Michael Grinblat**
**10 East 39th Street, 12th Floor**
**New York, NY 10016**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

January 17, 2022

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:       21-cv-2902-EK-RLM

By US Mail. USPS Tracking Number: 9449028206335586920867

Attention: Chief Executive Officer of 108 Corona Realty Corp.

Dear Sir or Madam:

Please be advised that on January 10, 2022, the Court issued the Report and
Recommendation regarding the plaintiff's motion for default judgment against the defendants in
the above-referenced action. Enclosed please find a copy of that document.

My client's ultimate goal is that the defendants remediate their violations of the ADA,
bring their property in full compliance with the ADA, as well as the other laws, and compensate
my client for his attorney's fees and costs. My client looks forward to reaching a quick and
amicable resolution of this matter.

Please contact me should you have any questions, concerns, or to discuss settlement of this
matter.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

 **UNITED STATES POSTAL SERVICE** ®

**www.paypal.com**

**$3.19**
**US POSTAGE**

01/17/2022
From 11378
1 lbs 0 ozs



**Pitney Bowes**   026W0004897880

## USPS MEDIA MAIL

Law Offices of Michael Grinblat
10 East 39th Street
12th Floor
New York NY 10016-0111

**0001**

**C005**

CHEN ZHI REN
111-07 43RD AVENUE
CORONA NY 11368-2644

## USPS TRACKING #



**9449 0282 0633 5586 9208 67**

The safer, easier way to pay **PayPal**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

February 28, 2022

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
          REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
          Partnerships, Corporations 1-X, entities yet unknown
          Case No.:       21-cv-2902-EK-RLM

By US Mail.

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

Please be advised that on February 23, 2022, the Court issued Memorandum and Order, in which Honorable Eric Komitee, United States District Judge, adopted the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 10, 2022 (DOC #18), and found the defendants liable under the ADA, NYCRL, NYSHRL, and NYCHRL (DOC #22). On February 25, 2022, the Clerk's Office of the United States District Court for the Eastern District of New York issued Judgment (DOC #23). Enclosed please find copies of these two documents.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Corona, NY 11368

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.75 |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

| | |
|---|---|
| Postage | $1.36 |
| Total Postage and Fees | $5.11 |
| $ | |

MASPETH STATION
Postmark Here
FEB 28 2022
DUTAYELL AN HIGH
3502 69TH STREET MASPETH

02/28/2022

Sent To First Class Furniture and Rugs Inc
Street and Apt. No. or PO Box No. 4809 108th Street 1st Floor
City, State, ZIP+4® Corona NY 11368

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7202 1470 0002 1354 4798

# Law Offices of Michael Grinblat
# 10 East 39th Street, 12th Floor
# New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

February 28, 2022

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:      21-cv-2902-EK-RLM

By US Mail.

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.


Dear Sir or Madam:

Please be advised that on February 23, 2022, the Court issued Memorandum and Order, in which Honorable Eric Komitee, United States District Judge, adopted the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 10, 2022 (DOC #18), and found the defendants liable under the ADA, NYCRL, NYSHRL, and NYCHRL (DOC #22). On February 25, 2022, the Clerk's Office of the United States District Court for the Eastern District of New York issued Judgment (DOC #23). Enclosed please find copies of these two documents.

My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

Please contact me should you have any questions or concerns.


Very truly yours,

Michael Grinblat, Esq.
Enclosures

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10038

OFFICIAL USE

| Certified Mail Fee | $3.75 | |
|---|---|---|
| $ | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.36 | |
| $ | | |
| Total Postage and Fees | | |
| $ | $5.11 | |

MASPETH STATION
Postmark
Here
FEB 28 2022
02/28/2022

Sent To Spiegel & Utrera, P.A., P.C.

Street and Apt. No., or PO Box No. 1 Maiden Lane, 5th Floor

City, State, ZIP+4® New York, NY 10038

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 1970 0002 1154 4767

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

February 28, 2022

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:       21-cv-2902-EK-RLM

By US Mail.

Attention: Chief Executive Officer of 108 Corona Realty Corp.

Dear Sir or Madam:

   Please be advised that on February 23, 2022, the Court issued Memorandum and Order, in which Honorable Eric Komitee, United States District Judge, adopted the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 10, 2022 (DOC #18), and found the defendants liable under the ADA, NYCRL, NYSHRL, and NYCHRL (DOC #22). On February 25, 2022, the Clerk's Office of the United States District Court for the Eastern District of New York issued Judgment (DOC #23). Enclosed please find copies of these two documents.

   My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

   Please contact me should you have any questions or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Corona, NY 11368

OFFICIAL USE

Certified Mail Fee $3.75

$ $0.00

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $1.36

$

Total Postage and Fees $5.11

MASPETH STATION
Postmark
Here
FEB 28 2022
5502 69TH ST / 2022 MASPETH NY 11378
0021
027

Sent To 108 Corona Realty Corp.

Street and Apt. No., or PO Box No. 106-29 42th Avenue

City, State, ZIP+4® Corona NY 11368

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

February 28, 2022

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
        REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
        Partnerships, Corporations 1-X, entities yet unknown
        Case No.:        21-cv-2902-EK-RLM

By US Mail.

Attention: Chief Executive Officer of 108 Corona Realty Corp.

Dear Sir or Madam:

    Please be advised that on February 23, 2022, the Court issued Memorandum and Order, in which Honorable Eric Komitee, United States District Judge, adopted the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 10, 2022 (DOC #18), and found the defendants liable under the ADA, NYCRL, NYSHRL, and NYCHRL (DOC #22). On February 25, 2022, the Clerk's Office of the United States District Court for the Eastern District of New York issued Judgment (DOC #23). Enclosed please find copies of these two documents.

    My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

    Please contact me should you have any questions or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Corona, NY 11368

OFFICIAL USE

| Certified Mail Fee | $3.75 | | 0021 |
| | $0.00 | | 02 |

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

| Postage | $1.36 |

Total Postage and Fees $5.11

MASPETH STATION
Postmark
Here
FEB 28 2022
02/28/2022
02 69TH STREET MASPETH NY 11378

Sent To CHEN ZHI REN

Street and Apt. No., or PO Box No. 111-07 43-d Avenue

City, State, ZIP+4® Corona, NY 11368

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7021 1970 0002 1154 4781



**UNITED STATES POSTAL SERVICE.**

MASPETH
5502 69TH ST
MASPETH, NY 11378-9997
(800)275-8777

02/28/2022                                    12:18 PM

--------------------------------------------------
Product              Qty    Unit      Price
                            Price
--------------------------------------------------

First-Class Mail®      1              $1.36
Large Envelope
    Corona, NY 11368
    Weight: 0 lb 1.30 oz
    Estimated Delivery Date
        Wed 03/02/2022
    Certified Mail®                   $3.75
        Tracking #:
        70211970000211544798
Total                                 $5.11

First-Class Mail®      1              $1.36
Large Envelope
    New York, NY 10038
    Weight: 0 lb 1.30 oz
    Estimated Delivery Date
        Wed 03/02/2022
    Certified Mail®                   $3.75
        Tracking #:
        70211970000211544767
Total                                 $5.11

First-Class Mail®      1              $1.36
Large Envelope
    Corona, NY 11368
    Weight: 0 lb 1.30 oz
    Estimated Delivery Date
        Wed 03/02/2022
    Certified Mail®                   $3.75
        Tracking #:
        70211970000211544781
Total                                 $5.11

First-Class Mail®      1              $1.36
Large Envelope
    Corona, NY 11368
    Weight: 0 lb 1.30 oz
    Estimated Delivery Date
        Wed 03/02/2022
    Certified Mail®                   $3.75
        Tracking #:
        70211970000211544774
Total                                 $5.11

--------------------------------------------------
Grand Total:                         $20.44

Credit Card Remitted                 $20.44
    Card Name: VISA
    Account #: XXXXXXXXXXXX6357
    Approval #: 028545
    Transaction #: 059
    AID: A0000000031010      Chip
    AL: VISA CREDIT
    PIN: Not Required
--------------------------------------------------

************************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
    COVID-19. We appreciate your patience.
************************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
    and Data rates may apply. You may also
    visit www.usps.com USPS Tracking or call
            1-800-222-1811.

            Preview your Mail
            Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
    Thank you for your business.

        Tell us about your experience.
    Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 3, 2022

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368

Re:    LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
       Case No.:    21-cv-2902-EK-RLM

By US Mail

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

    I represent the plaintiff in the above-referenced action. On May 3, 2022, I filed with the Court Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Enclosed please find copies of these two documents.

    My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

    Please contact me should you have any questions or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures



FIRST CLASS FURNITURE AND RUGS INC.
4809 108TH ST, FL 1ST
CORONA NY 11368-2911

C005

Michael Grinblat
Law Offices of Michael Grinblat
10 E 39th St, Fl 12
New York NY 10016-0111

**USPS FIRST-CLASS™ MAIL**

$3.56
US POSTAGE℠
05/03/2022
From 10016
0 lbs 13 ozs

Pitney Bowes

028W0002310122

2000280374

UNITED STATES
POSTAL SERVICE®

www.pitneybowes.com

*Cut Along Line*

## Instructions

1. Adhere the shipping label to the large envelope. A self-adhesive label is recommended. If tape or glue is used Be sure all edges are secure.

2. Place the label such that it does not wrap around the edges of the large envelope.

3. Photocopying or counterfeiting of US Postage is punishable by fine and imprisonment. 18 Section 501

4. Please use this shipping label on the ship date selected when you requested the label.

## Online Label Record

Print Date:05/03/2022(GMT) Ship Date:05/03/2022
First-Class PKG Postage: $3.56
Weight: 0 lbs 13 ozs

Total Amount: $3.56     2000280374

From: Michael Grinblat
Law Offices of Michael Grinblat
10 E 39th St, Fl 12
New York NY 10016-0111
To:     First Class Furniture and Rugs Inc.
4809 108th St, Fl 1st
Corona NY 11368-2911

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 3, 2022

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re:   <u>LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA
      REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies,
      Partnerships, Corporations 1-X, entities yet unknown</u>
      Case No.:       21-cv-2902-EK-RLM

By US Mail

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.


Dear Sir or Madam:

      I represent the plaintiff in the above-referenced action. On May 3, 2022, I filed with the Court Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Enclosed please find copies of these two documents.

      My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

      Please contact me should you have any questions or concerns.


                Very truly yours,

                *Michael Grinblat*

                Michael Grinblat, Esq.
                Enclosures



## Instructions

1. Adhere  the shipping label to the large envelope.
A self-adhesive label is recommended. If tape
or glue is used Be sure all edges are secure.

2. Place the label such that it does not wrap around
the edges of the large envelope.

3. Photocopying or counterfeiting of US Postage is
punishable by fine and imprisonment. 18 Section
501

4. Please use this shipping label on the ship date
selected when you requested the label.

## Online Label Record

Print Date:05/03/2022(GMT) Ship Date:05/03/2022

First-Class PKG Postage: $3.56

Weight: 0 lbs 13 ozs

Total Amount: $3.56          2000280374

From:  Michael Grinblat
Law Offices of Michael Grinblat
10 E 39th St, Fl 12
New York NY 10016-0111

To:    Spiegel & Utrera, P.A., P.C.
1 Maiden Ln, Fl 5
New York NY 10038-5154

Shipping label technology provided by Pitney Bowes, Inc

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 3, 2022

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

Re: LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.: 21-cv-2902-EK-RLM

By US Mail

Attention: Chief Executive Officer of 108 Corona Realty Corp.

Dear Sir or Madam:

    I represent the plaintiff in the above-referenced action. On May 3, 2022, I filed with the Court Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Enclosed please find copies of these two documents.

    My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

    Please contact me should you have any questions or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosures



Cut Along Line

## Instructions

1. Adhere  the shipping label to the large envelope.
A self-adhesive label is recommended. If tape
or glue is used Be sure all edges are secure.

2. Place the label such that it does not wrap around
the edges of the large envelope.

3. Photocopying or counterfeiting of US Postage is
punishable by fine and imprisonment. 18 Section
501

4. Please use this shipping label on the ship date
selected when you requested the label.

## Online Label Record

Print Date:05/03/2022(GMT) Ship Date:05/03/2022
First-Class PKG Postage: $3.56
Weight: 0 lbs 13 ozs

Total Amount: $3.56          2000280374

From:  Michael Grinblat
       Law Offices of Michael Grinblat
       10 E 39th St, Fl 12
       New York NY 10016-0111
To:    108 Corona Realty Corp.
       10629 49th Ave
       Corona NY 11368-2804

Shipping label technology provided by Pitney Bowes, Inc

**Law Offices of Michael Grinblat**

**10 East 39th Street, 12th Floor**

**New York, NY 10016**

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 3, 2022

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

Re:     LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
       Case No.:     21-cv-2902-EK-RLM

By US Mail

Attention: Chief Executive Officer of 108 Corona Realty Corp.


Dear Sir or Madam:

      I represent the plaintiff in the above-referenced action. On May 3, 2022, I filed with the Court Plaintiff's Memorandum in Support of Order to Show Cause (Doc. No. 25) and Second Affidavit of Attorney's Fees, Costs, and Declaration (Doc. No. 26). Enclosed please find copies of these two documents.

      My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

      Please contact me should you have any questions or concerns.


                  Very truly yours,

                  Michael Grinblat, Esq.
                  Enclosures



**UNITED STATES POSTAL SERVICE®** | www.pitneybowes.com

USPS FIRST-CLASS™ MAIL

$3.56
US POSTAGE℠
05/03/2022
From 10016
0 lbs 13 ozs

Pitney Bowes

028W0002310095

2000280374

Michael Grinblat
Law Offices of Michael Grinblat
10 E 39th St, Fl 12
New York NY 10016-0111

CHEN ZHI REN
11107 43RD AVE
CORONA NY 11368-2644

C005

- - - - - - - - - - - - - - - Cut Along Line - - - - - - - - - - - - - - -

## Instructions

1. Adhere  the shipping label to the large envelope.
A self-adhesive label is recommended. If tape
or glue is used Be sure all edges are secure.

2. Place the label such that it does not wrap around
the edges of the large envelope.

3. Photocopying or counterfeiting of US Postage is
punishable by fine and imprisonment. 18 Section
501

4. Please use this shipping label on the ship date
selected when you requested the label.

## Online Label Record

Print Date:05/03/2022(GMT) Ship Date:05/03/2022

First-Class PKG Postage: $3.56

Weight: 0 lbs 13 ozs

Total Amount: $3.56      2000280374

From:  Michael Grinblat
       Law Offices of Michael Grinblat
       10 E 39th St, Fl 12
       New York NY 10016-0111

To:    Chen Zhi Ren
       11107 43rd Ave
       Corona NY 11368-2644

Shipping label technology provided by Pitney Bowes, Inc

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 3, 2022

Judge Eric Komitee
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
       Case No.:    21-cv-2902-EK-RLM

By US Mail

Dear Judge Komitee:

       I represent the plaintiff in the above-referenced action. Today I filed with the Court Plaintiff's Memorandum in Support of Order to Show Cause [ECF Doc. No. 25] and Second Affidavit of Attorney's Fees, Costs and Declaration [ECF Doc. No. 26]. Enclosed please find courtesy copies of the two documents.

       Very truly yours,

Michael Grinblat, Esq.
Enclosures



USPS FIRST-CLASS™ MAIL

UNITED STATES POSTAL SERVICE ®

www.pitneybowes.com

$3.56
US POSTAGE IMI
05/03/2022
From 10016
0 lbs 13 ozs

Pitney Bowes

028W000231019 6

2000280374

Michael Grinblat
Law Offices of Michael Grinblat
10 E 39th St, Fl 12
New York NY 10016-0111

JUDGE ERIC KOMITEE
UNITED STATES DISTRICT COURT
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

C030

Cut Along Line

## Instructions

1. Adhere  the shipping label to the large envelope.
A self-adhesive label is recommended. If tape
or glue is used Be sure all edges are secure.

2. Place the label such that it does not wrap around
the edges of the large envelope.

3. Photocopying or counterfeiting of US Postage is
punishable by fine and imprisonment. 18 Section
501

4. Please use this shipping label on the ship date
selected when you requested the label.

## Online Label Record

Print Date:05/03/2022(GMT) Ship Date:05/03/2022
First-Class PKG Postage: $3.56
Weight: 0 lbs 13 ozs

Total Amount: $3.56          2000280374

From:  Michael Grinblat
       Law Offices of Michael Grinblat
       10 E 39th St, Fl 12
       New York NY 10016-0111
To:    Judge Eric Komitee
       United States District Court
       225 Cadman Plz E
       Brooklyn NY 11201-1832



ATM/Deb t Card ▮▮▮▮▮▮▮▮

As of 04-29-2022 11:51 EDT

# Check Details

| Account | Check # | Post Date | Amount |
| --- | --- | --- | --- |
| Check ng▮▮ | 343 | 2022-04-21 | $ 12.00 |

**MICHAEL GRINBLAT**

73    343

DATE 4/15/22

PAY TO THE ORDER OF  Clerk, US District Court    $ 12.00

Twelve Dollars Exactly    DOLLARS

citibank
CITIBANK, N A BR #73
51-31 NORTHERN BOULEVARD
WOODSIDE, NY 11377

Certified transcript    Michael Grinblat
of Judgment

⑈:021000089⑈:    0343

Pay to any FRB or General

FRB CLEVELAND

US Treas DG - OTCNET
04/20/2022

US District Court
225 Cadman Plaza East Brooklyn, NY 11201
Agency Code 0654
The Chase Manhattan Bank, N.A.
New York, NY
Account No ▮▮▮▮



ATM/Deb t Card: XXXX-XXXX-XXXX ███

As of 04-29-2022 11:48 EDT

# Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Check no ███ | 345 | 2022-04-20 | $ 11.00 |

MICHAEL GRINBLAT

1-8/210 73          345

Date 4/15/22

Pay to the order of Clerk, US District Court          $ 11.00

Eleven Dollars Exactly          DOLLARS

citibank
CITIBANK, N.A. BR #73
51-31 NORTHERN BOULEVARD
WOODSIDE, NY 11377

Memo Abstract of Judgment          Michael Grinblat

⑆0 2 10000 89⑆ ███ 0345

FRB CLEVELAND
>          <
US Treas DG – OTCNET
04/19/2022

U.S. ... Court
225 Cadman Plaza ... oklyn NY 11201
The Chase M... n Bank, N.A.
... Y
Account N ███