**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LEONID TREYGER**, | **AFFIDAVIT OF SERVICE OF ORDER TO SHOW CAUSE** |
| Plaintiff, | |
| -against- | |
| **FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP.**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | **CASE NO.: 21-cv-2902-EK-RLM** |
| Defendants. | |

I certify that on May 5, 2022, I served the Order to Show Cause, which was issued by the Court on May 4, 2022, on Defendants FIRST CLASS FURNITURE AND RUGS INC. and 108 CORONA REALTY CORP. via United States Postal Service, postage prepaid, by certified mail, with tracking, at the below addresses.

1

FIRST CLASS FURNITURE AND RUGS INC.

First Class Furniture and Rugs Inc.
4809 108th Street, First Floor
Corona, NY 11368

(Defendant FIRST CLASS FURNITURE AND RUGS INC. presently conducts business at the above address, which is used for service of process by the New York Department of State. [Exhibit 1])

FIRST CLASS FURNITURE AND RUGS INC.

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

(The above is the address of Defendant FIRST CLASS FURNITURE AND RUGS INC.'s registered agent, as listed in the Corporation & Business Database maintained by the New York Department of State for that Defendant. Other than the above two addresses of that Defendant, no other ones are known to Plaintiff. [Exhibit 2])

108 CORONA REALTY CORP.

108 Corona Realty Corp.
106-29 49th Avenue
Corona, NY 11368

(Defendant 108 CORONA REALTY CORP. presently conducts business at the above address, which is used for service of process by the New York Department of State. That address is also listed as that Defendant's principal executive office in the Corporation & Business Database maintained by the New York Department of State for that Defendant. [Exhibit 3])


108 CORONA REALTY CORP.

Chen Zhi Ren
111-07 43rd Avenue
Corona, NY 11368

(The above is the address of Defendant 108 CORONA REALTY CORP.'s chief executive officer, as listed in the Corporation & Business Database maintained by the New York Department of State for that Defendant. No registered agent is listed in that database. Other than the above two addresses for that Defendant, no other ones are known to Plaintiff. [Exhibit 4])


May 5, 2022

Respectfully submitted,

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com