**EXHIBIT 2**

# Law Offices of Michael Grinblat
## 10 East 39th Street, 12th Floor
## New York, NY 10016

Telephone: (347) 796-0712
Facsimile: (212) 202-5130
michael.grinblatesq@gmail.com

May 5, 2022

Spiegel & Utrera, P.A., P.C.
1 Maiden Lane, 5th Floor
New York, NY 10038

Re: LEONID TREYGER v. FIRST CLASS FURNITURE AND RUGS INC., 108 CORONA REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown
Case No.: 21-cv-2902-EK-RLM

By US Mail, By Certified Mail, Tracking Number: 70211970000211534614

Attention: Chief Executive Officer of First Class Furniture and Rugs Inc.

Dear Sir or Madam:

    I represent the plaintiff in the above-referenced action. On May 4, 2022, the Court directed me to serve on the defendants the "Order granting [25] Motion for Order to Show Cause". Enclosed please find a copy of the ECF notice regarding that Order.

    My client's ultimate goal is that the defendants remediate their violations of the ADA, bring their property in full compliance with the ADA, as well as the other laws, and compensate my client for his attorney's fees and costs. My client looks forward to reaching a quick and amicable resolution of this matter.

    Please contact me should you have any questions or concerns.

Very truly yours,

*Michael Grinblat*

Michael Grinblat, Esq.
Enclosure

UNITED STATES POSTAL SERVICE®

www.pitneybowes.com

F

**$5.11**
**US POSTAGE IMI**

05/05/2022
From 10016
0 lbs 2 ozs

**Pitney Bowes**

028W0002310078

2000280374

# USPS FIRST-CLASS™ MAIL

Michael Grinblat
Law Offices of Michael Grinblat
10 E 39th St, Fl 12
New York NY 10016-0111

**C028**

SPIEGEL & UTRERA, P.A., P.C.
1 MAIDEN LN, FL 5
NEW YORK NY 10038-5154