```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 LEONID TREYGER,

                     Plaintiff,           MEMORANDUM & ORDER
                                          21-CV-2902(EK)(RLM)
            -against-

 FIRST CLASS FURNITURE AND RUGS INC.,
  et al.,

                     Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Mann's Report and Recommendation (R&R) dated July 14, 2022.  ECF No. 34.  Judge Mann recommends that I schedule a hearing and require defendants to show cause why they should not be held in contempt for failing to comply with the injunction issued by this Court on February 23, 2022.  *See* ECF No. 22.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Mann's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord* *State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety.

Thus, defendants are ordered to show cause (1) why they should not be held in contempt and sanctioned, and (2) if they are sanctioned, why a sanction of $1,000 per week would not be reasonable.  A show cause hearing will be held at 2:30 p.m. on January 30, 2023 in Courtroom 6G North before the undersigned.

SO ORDERED.

       /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    January 17, 2023
          Brooklyn, New York